# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **RAFEL ANTION JACKSON** | **CIVIL ACTION NO. 3:18-cv-00512** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHARLES R. JOHNSON, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter, and after considering the letter filed by Plaintiff [Doc. No. 13],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Rafel Antion Jackson's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Account History, [Doc. No. 5], is **DISMISSED WITH PREJUDICE** as moot.

MONROE, LOUISIANA, this 10th day of July, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**